UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARMELO LUIS VERA, individually and on behalf of others similarly situated,

Plaintiff,

-against-

M.B.R.P. REST. INC. (D/B/A THE STUMBLE INN) and MITCHELL BANCHIK,

Defendants.

Case No. 1:26-cv-03580 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

This action arises under the Fair Labor Standards Act ("FLSA"). Dkt. 1 ("Compl."). Pursuant to the Court's FLSA Pilot Program, the matter has been referred to mediation. Dkt. 13 ("Referral Order"). In light of that referral and to permit the parties to complete mediation before further motion practice, it is hereby ORDERED that Defendant Banchik's ("Defendant") motion to dismiss, Dkt. 16, is DENIED without prejudice.

Defendant may refile the motion, if appropriate, within **ten days after the conclusion of mediation**. Defendant's deadline to answer or otherwise respond to the Complaint is likewise extended to that date.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 16.

Dated: July 13, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge