**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------X

CARMELO LUIS VERA, *individually and on behalf of others similarly situated,*

*Plaintiff,*

-against-

Index No.: 1:26-cv-03580-JLR

M.B.R.P. REST. INC. (D/B/A THE STUMBLE INN) and MITCHELL BANCHIK,

~~[Proposed Form Of]~~
**JUDGMENT**

*Defendants,*

-----------------------------------------------------X

**JUDGMENT**

On August 6, 2026, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, CARMELO LUIS VERA, has judgment against M.B.R.P. REST. INC. (D/B/A THE STUMBLE INN) and MITCHELL BANCHIK, jointly and severally, in the amount of Fifteen Thousand Dollars and Zero Cents ($15,000.00), which is inclusive of attorneys' fees and costs.

The Clerk of Court is respectfully directed to CLOSE this case.

Dated: August 11, 2026

Jennifer Rochon
HON. JENNIFER L. ROCHON
U.S. DISTRICT JUDGE